IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAREN EASTBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:04 cv 518 MJR |
| | ) |
| COLLINSVILLE COMMUNITY UNIT SCHOOL DISTRICT #10, et al., | ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the "Supplemental Joint Report of Parties and Proposed Amended Scheduling and Discovery Order" filed by the parties on June 16, 2005 (Doc. 49). The document is **STRICKEN**.

The parties **MAY NOT** amend an order of this Court merely by filing an amended document which purports to change the schedule in this case. If the parties wish to **REQUEST** a change in the schedule, they must file a motion pursuant to Local Rule 7.1. The parties are further directed to Federal Rule of Civil Procedure 6(b). The parties must either show good cause or excusable neglect, whichever may be the case, in their motion to the Court seeking a modification of the schedule in this case. In addition, as the proposed dates that the parties have submitted will interfere with the trial in this matter, the parties must first seek a change in the trial date with the District Court prior to seeking an extension of any other dates (such as the discovery deadline and the dispositive motion filing deadline).

**DATED: June 21, 2005**

                                              **s/ Donald G. Wilkerson**
                                              **DONALD G. WILKERSON**
                                              **United States Magistrate Judge**